NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**XEROX CORP.,**
*Appellant*

**v.**

**META PLATFORMS, INC.,  FKA FACEBOOK, INC.,**
*Appellee*

_____

2023-1911

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01467.

_____

**JUDGMENT**

_____

CHARLES E. FOWLER, JR., McKool Smith, P.C., Austin, TX, argued for appellant.  Also represented by JAMES ELROY QUIGLEY; KEVIN L. BURGESS, Marshall, TX; ALEXANDRA FIGARI EASLEY, DAVID SOCHIA, Dallas, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for appellee.  Also represented by DANIEL JEDEDIAH KNAUSS, MARK R. WEINSTEIN; PHILLIP EDWARD MORTON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 16, 2025
Date

Jarrett B. Perlow
Clerk of Court